IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URVE MAGGITTI,<br><br>    Plaintiff,<br><br>v.<br><br>HON. BRET M. BINDER, in his official capacity, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 23-1184 |
| URVE MAGGITTI,<br><br>    Plaintiff,<br><br>v.<br><br>HON. BRET M. BINDER, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 23-2273 |
| URVE MAGGITTI,<br><br>    Plaintiff,<br><br>v.<br><br>HON. JOHN P. CAPUZZI, sr., in his official capacity, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 23-3185 |
| URVE MAGGITTI,<br><br>    Plaintiff,<br><br>v.<br><br>MAHON, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 23-4359 |

## ORDER

**AND NOW**, this 1st day of December 2023, upon consideration of Defendants' Motions to Dismiss in Civil Action No. 23-1184 (Doc. Nos. 16, 17), pro se Plaintiff's Response in Opposition (Doc. No. 18), Defendants' Reply (Doc. No. 20), Defendants' Motions to Dismiss in Civil Action No. 23-2273 (Doc. Nos. 17, 21, 27, 33, 38, 39), pro se Plaintiff's Response in Opposition (Doc. Nos. 30, 34), Defendants' Reply (Doc. No. 44), Defendants' Motions to Dismiss in Civil Action No. 23-3185 (Doc. Nos. 10, 12), pro se Plaintiff's Responses in Opposition (Doc. Nos. 13, 14), pro se Plaintiff's Complaint in Civil Action No. 23-4359 (Doc. No. 1), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. In Civil Action No. 23-1184,
    a. Defendants' Motions to Dismiss (Doc. Nos. 16, 17) are **GRANTED**.
    b. Pro se Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**.
    c. The Clerk of Court is directed to close the case.
    d. All remaining open Motions will be **DENIED** as **MOOT**.

2. In Civil Action No. 23-2273,
    a. Defendants' Motions to Dismiss (Doc. Nos. 17, 21, 27, 33, 38, 39) are **GRANTED**.
    b. Plaintiff's pro se Amended Complaint (Doc. No. 5) is **DISMISSED** without prejudice.

3. In Civil Action No. 23-3185,
    a. Defendants' Motions to Dismiss (Doc. Nos. 10, 12) are **GRANTED**.
    b. Plaintiff's pro se Complaint (Doc. No. 1) is **DISMISSED**.
    c. The Clerk of Court is directed to close the case.
    d. All remaining open Motions will be **DENIED** as **MOOT**.

4. In Civil Action No. 23-4349,

   a. Plaintiff's pro se Complaint (Civ. No. 23-4359, Doc. No. 1) is **DISMISSED** without prejudice.

5. Plaintiff is **GRANTED** leave to file one (1) Amended Complaint within thirty (30) days of this Order encompassing Civil Action Nos. 23-2273 and 23-4349. Because these actions are consolidated, Plaintiff should file the Amended Complaint only under Civil Action No. 23-2273.

                      BY THE COURT:

                      /s/ Joel H. Slomsky
                      JOEL H. SLOMSKY, J.